| **Information to identify the case:** | |
|---|---|
| Debtor 1   Diane D Graham<br>          First Name   Middle Name   Last Name | Social Security number or ITIN   xxx−xx−4322<br>EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2   First Name   Middle Name   Last Name<br>(Spouse, if filing) | Social Security number or ITIN   _ _ _ _<br>EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | |
| Case number:   14−36063−VFP | |

## Order of Discharge                                                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Diane D Graham

_5/27/20_                                                          **By the court:** _Vincent F. Papalia_
                                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support
      obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
      in 11 U.S.C. §§ 507(a)(8)( C),
      523(a)(1)(B), or 523(a)(1)(C) to the
      extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 14-36063-VFP
Diane D Graham                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: May 27, 2020
                              Form ID: 3180W           Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 29, 2020.
```
db             +Diane D Graham,    47 Vaughan Drive,    Drive B,    Newark, NJ 07103-3461
aty            +Lindsey Beeman,    Fitzgerald & Associates,    649 Newark Ave.,    Jersey City, NJ 07306-2341
aty            +Nicholas Fitzgerald,    Fitzgerald and Associates,    649 Newark Avenue,
                 Jersey City, NJ 07306-2341
cr             +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
515254144       Comenity Bank,    PO Box 182025,    Westerville, OH 43081
515278425      +Department Stores National Bank For Macys Branded,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
515254148      +Herrick, Feinstein, LLP,    2 Park Avenue,    New York, NY 10016-9302
515376843     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
515748539      +Society Hill at University Heights,    1 Conerstone Lane,    Newark, NJ 07103-3100
515254152      +Society Hill at Universtiy Heights,    1 Cornerstore Lane,    Newark, NJ 07103-3100
517415669      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
517415670      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 27 2020 23:41:35      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 27 2020 23:41:35      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515254141      +EDI: BECKLEE.COM May 28 2020 03:18:00      American Express,    Po Box 3001,
                 16 General Warren Blvd,    Malvern, PA 19355-1245
515433477       EDI: BECKLEE.COM May 28 2020 03:18:00      American Express Bank, FSB,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
515475485       EDI: BECKLEE.COM May 28 2020 03:18:00      American Express Centurion Bank,
                 c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
515342705       EDI: AIS.COM May 28 2020 03:18:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK 73124-8838
515267957       EDI: AIS.COM May 28 2020 03:18:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK 73126-8941
515254142       EDI: BANKAMER.COM May 28 2020 03:18:00      Bank Of America,    Attention: Recovery Department,
                 4161 Peidmont Pkwy.,    Greensboro, NC 27410
515254143       EDI: CITICORP.COM May 28 2020 03:18:00      Citi,    CitiCard Credit Services,
                 Services/Centralized Bankrupcy,    PO Box 20363,    Kansas City, MO 64195
515254145      +EDI: CCS.COM May 28 2020 03:18:00      Credit Collections Svc,    Po Box 773,
                 Needham, MA 02494-0918
515254146      +EDI: TSYS2.COM May 28 2020 03:18:00      Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
515254147      +EDI: AMINFOFP.COM May 28 2020 03:18:00      First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
515254149       E-mail/Text: krivera@leadersfc.com May 27 2020 23:40:56      Leaders Financial Comp,
                 21 Commerce Dr Fl 1,    Cranford, NJ 07016
515254150      +EDI: MID8.COM May 28 2020 03:18:00      Midland Funding,    8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
515254151       EDI: PRA.COM May 28 2020 03:18:00      Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,
                 Norfolk, VA 23541
515464627       EDI: PRA.COM May 28 2020 03:18:00      Portfolio Recovery Associates, LLC,
                 c/o New York & Company,    POB 41067,    Norfolk VA 23541
515298993      +EDI: JEFFERSONCAP.COM May 28 2020 03:18:00      Premier Bankcard, Llc.,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
516809608      +E-mail/Text: djb@ansellgrimm.com May 27 2020 23:42:06      Society Hill at University,
                 Heights III Conde,    c/o Ansell Grimm & Aaron, PC,    214 Carnegie Ctr., Ste 112,
                 Princeton, NJ 08540-6237
515254154      +EDI: VERIZONCOMB.COM May 28 2020 03:18:00      Verizon Wireless,    500 Technology Drive,
                 Ste 550,    Saint Charles, MO 63304-2225
515442576      +EDI: WFFC.COM May 28 2020 03:18:00      Wells Fargo Bank, N.A.,
                 C/O Wells Fargo Bank, N.A., as servicer,    Attn: Bankruptcy Dept./MAC# D3347-014,
                 3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
515254155      +EDI: WFFC.COM May 28 2020 03:18:00      Wells Fargo Hm Mortgag,    Po Box 10335,
                 Des Moines, IA 50306-0335
                                                                                              TOTAL: 21

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Jefferson Capital Systems LLC
cr              Wells Fargo Bank, NA
```

```
District/off: 0312-2              User: admin               Page 2 of 2              Date Rcvd: May 27, 2020
                                  Form ID: 3180W            Total Noticed: 33

515254153*     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,   PO Box 269,   Trenton, NJ 08695)
                                                                                 TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 27, 2020 at the address(es) listed below:
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elysa D Bergenfeld    on behalf of Creditor    Society Hill at University Heights
               edb@ansellgrimm.com
              James G. Aaron    on behalf of Creditor    Society Hill at University Heights jga@ansellgrimm.com,
               madeline@ansellgrimm.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas Fitzgerald    on behalf of Debtor Diane D Graham Fitz2Law@gmail.com
              Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Specialized Loan Servicing LLC
               rsolarz@kmllawgroup.com
              Richard B. Linderman    on behalf of Creditor    Society Hill at University Heights
               rbl@ansellgrimm.com,  edb@ansellgrimm.com
                                                                                               TOTAL: 9
```